IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) CASADY "N" COMPANY, LLC, an Oklahoma limited liability company; (2) ROBERT A. HAIGES; (3) TRITON INVESTMENT, LLC, an Oklahoma limited liability company<br><br>    Plaintiffs,<br><br>v.<br><br>(1) WEST AMERICA INSURANCE COMPANY and (2) LIBERTY MUTUAL INSURANCE COMPANY,<br><br>    Defendants. | Case No.: CIV-14-643-F |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the attorneys of record for all parties and hereby stipulate and agree that the above captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein, and state that a compromise settlement covering all claims has been made between and among the parties, with each party to bear his or its own attorney fees and costs.

Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

-1-

Respectfully submitted,

 /s/ *Chris Harper*
Chris Harper, OBA #10325
Phillip P. Owens II, OBA #15165
Chris Harper, Inc.
P.O. Box 5888
Edmond, OK 73083-5888
Telephone: 405-359-0600
Facsimile: 405-340-1973
Email: charper@chrisharperlaw.com
***Attorneys for Plaintiffs***


*/s/ Barbara K. Buratti*
Tim D. Cain, OBA #11779
Barbara K. Buratti, OBA #12231
WILSON, CAIN & ACQUAVIVA
300 Northwest 13th Street, Suite 100
Oklahoma City, Oklahoma 73103
Telephone: (405) 236-2600
Facsimile: (405) 236-2607
Email: TimC@wcalaw.com
Email: BarbaraB@wcalaw.com
***Attorneys for Defendants***
 ***West American Insurance Company and***
***Liberty Mutual Insurance Company***